UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN LEE CZAPLA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEE DEE EVERGREEN, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO.   C08-236-JCC-JPD <br><br><br><br> ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   The complaint and this action are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).  This dismissal shall count as a strike under 28 U.S.C. § 1915(g).

(3)   The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

DATED this 24th day of March, 2008.

John C. Coughenour
United States District Judge